PLAINTIFF'S EXHIBIT

# The Mizzou Impact

- Economic Development
  - MU brings in $370 million of federal funding creating an annual impact on the state of over $740 million
  - MU's weekly payroll exceeds $16 million
  - Construction spending
    - Average $200M annually
    - Currently over $400M in progress or in design/planning
  - Attendance at MU athletic events generated over $25 million in revenue and $1.8 million in sales tax